

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-91,127-01

### IN RE RUFUS SMITH, Relator

### ON APPLICATION FOR A WRIT OF MANDAMUS
### CAUSE NO. 011688 IN THE 259TH DISTRICT COURT
### FROM JONES COUNTY

*Per curiam*.

## O R D E R

Relator has filed a motion for leave to file a writ of mandamus pursuant to the original jurisdiction of this Court. In it, he contends that he has contacted the District Clerk of Jones County to determine how much it will cost to purchase copies of the clerk's record and reporter's record from his trial. Although the clerk responded to Relator's initial inquiries, Relator alleges that the clerk has not responded to his most recent query, and has not advised Relator of the total cost to purchase his trial records.

In these circumstances, additional facts are needed. *In re Bonilla*, 424 S.W.3d 528 (Tex. Crim. App. 2014). Respondent, the District Clerk of Jones County, is ordered to file a response by

stating whether or not Relator has been advised of the total cost of purchasing the clerk and reporter's records from her trial in cause number 011688 from the 259th District Court, and if not, why not. This application for leave to file a writ of mandamus shall be held in abeyance until Respondent has submitted the appropriate response. Such response shall be submitted within 30 days of the date of this order.

Filed: April 29, 2020

Do not publish